# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DRESSER-RAND COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 10-2031 |
| v. | : | |
| | : | |
| G. CURTIS JONES, JEFFREY KING, | : | |
| ALBERT WADSWORTH, IV, and | : | |
| GLOBAL POWER SPECIALIST, INC., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this \_\_\_23RD day of July, 2013, it is **ORDERED** that Defendants' Partial Motion for Summary Judgment regarding the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (ECF No. 72) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: